UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMY DIXON,
Plaintiff

v. C.A. No. 07-254-S

UTGR, INC. d/b/a TWIN RIVER formerly known as LINCOLN PARK; CLYDE CALLICOT; and GARY GREEN,
Defendants

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT UTGR, INC.**

NOW COMES Defendant, UTGR, Inc. d/b/a Twin River, formerly known as Lincoln Park ("UTGR"), and hereby files its disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

UTGR is a wholly-owned subsidiary of BLB Management Services, Inc., a Delaware corporation.

DEFENDANT, UTGR, Inc.
By Its Attorney,

/s/ Michael D. Chittick (#5967)
BLB Management Services, Inc.
100 Twin River Road
Lincoln, Rhode Island 02865
Tel: (401) 475-8493
Fax: (401) 727-4770
mchittick@blbincorporated.com
Dated: October 15, 2007