UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY DIXON | : | |
| | : | |
| v. | : | C.A. No. 07-254-S |
| | : | |
| UTGR, INC. d/b/a TWIN RIVER formerly | : | |
| known as LINCOLN PARK; CLYDE | : | |
| CALLICOT; and GARY GREEN | : | |

**ENTRY OF APPEARANCE**

I, Todd D. White, hereby enter my appearance on behalf of Defendants, UTGR, Inc., d/b/a Twin River, Clyde Callicot and Gary Green in the above-captioned case.

Defendants,
UTGR, INC. d/b/a Twin River,
CLYDE CALLICOT and GARY
GREEN
By their attorneys,

/s/ Todd D. White, Esq.
TODD D. WHITE, (#5943)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607
Dated: May 21, 2008
twhite@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2008, I electronically filed the attached document with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Todd D. White, Esq.________________

*455089_1.doc*