**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMY DIXON** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-254-S** |
| | : | |
| **UTGR, INC. d/b/a TWIN RIVER formerly known as LINCOLN PARK; CLYDE CALLICOT; and GARY GREEN** | : | |

**DISMISSAL STIPULATION**

In accordance with Fed.R.Civ.P. 41(a)(1)(ii), the parties, by and through their respective attorneys, hereby stipulate and agree that all claims in the above-captioned action are dismissed, with prejudice, no interest, costs or attorneys' fees to any party.

Dated: July 8, 2008

Plaintiff, AMY DIXON
By her attorney,

/s/ Stephen T. Fanning
STEPHEN T. FANNING (#3900)
305 South Main Street
Providence, RI 02903
Tel: 401-272-8250
Fax: 401-272-4520
stephenfanning@msn.com

Defendants, UTGR, INC. d/b/a TWIN RIVER,
CLYDE CALLICOT and GARY GREEN
By their attorneys,

/s/ Michael D. Chittick
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-751-0604
mchittick@apslaw.com

*460784_1.doc*